UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDY FIRAT,<br><br>  Plaintiff,<br><br>  v.<br><br>MANDARICH LAW GROUP, LLP, et al.,<br><br>  Defendants. | No. 1:22-cv-00903-NODJ-SKO<br><br>ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL AND DISMISSING THIS ACTION<br><br>(Doc. No. 11) |

On October 7, 2022, plaintiff filed a request for voluntary dismissal of this action, without prejudice. (Doc. No. 11.) Pursuant to Rule 41 of the Federal Rules of Civil Procedure and good cause appearing, the court orders as follows:

1. Plaintiff's request for voluntary dismissal of this action (Doc. No. 11) is granted;
2. This action is dismissed without prejudice;
3. The pending motion for judgment on the pleadings (Doc. No. 6) in this case is denied as having been rendered moot by this order; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **January 8, 2024**

_____
UNITED STATES DISTRICT JUDGE

1